# United States Court of Appeals
## For the First Circuit

No. 01-1643

ROBERT HOWARD,

Plaintiff, Appellee,

v.

SUSAN ANTILLA,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on June 28, 2002, is amended as follows:

On the cover page, replace:

"<u>Robert A. Bertsche</u>, <u>Zick Rubin</u>, <u>Stuart Svonkin</u> and <u>Hill & Barlow</u> were on brief, for amici curiae in support of appellant."

with:

"<u>Robert A. Bertsche</u>, <u>Zick Rubin</u>, <u>Stuart Svonkin</u> and <u>Hill & Barlow</u> were on brief, for ABC, Inc., Bloomberg L.P., CBS Broadcasting, Inc., Dow Jones & Company, Inc., The National Broadcasting Co., Inc., NYP Holdings, Inc., Time Inc., Ziff Davis Media, Inc., The Association of American Publishers, Inc., and The Newspaper Association of America, Inc., amici curiae."